IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01608-BNB

DUANE ERIC NICHOLAS,

    Plaintiff,

v.

JEANEENE E. MILLER (official and individual capacity),
DANA SULLIVAN (official and individual capacity),
MICHAEL WALLINE (official and individual capacity),
DIANE FREAS (official and individual capacity),
"KATHY/CATHY" (official and individual capacity),
ARI ZAVARAS (official and individual capacity), and
JOHN STONE (official and individual capacity),

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 14 2010

GREGORY C. LANGHAM
CLERK

---

ORDER OF DISMISSAL

---

Plaintiff, Duane Eric Nicholas, is an inmate at the Arapahoe County Detention Facility in Centennial, Colorado. Mr. Nicholas initiated this action by filing *pro se* a Prisoner Complaint for damages pursuant to 42 U.S.C. § 1983. He also submitted two sets of exhibits. He was granted leave to proceed pursuant to 28 U.S.C. § 1915.

On August 6, 2010, Magistrate Judge Boyd N. Boland ordered Mr. Nicholas to file an amended complaint within thirty days that only challenged the conditions of his confinement and did not challenge the validity or the execution of his sentence. Mr. Nicholas's asserted claims appeared to arise out of his convictions in two Colorado cases and to challenge the execution of his sentence, the validity of his sentence, and the conditions of his confinement.

In the August 6 order, Magistrate Judge Boland pointed out that the claims challenging the execution of Mr. Nicholas's sentence properly are asserted in a

separate habeas corpus action pursuant to 28 U.S.C. § 2241, the claims challenging the validity of his sentence properly are asserted in a separate habeas corpus action pursuant to 28 U.S.C. § 2254, and that only the claims challenging the conditions of his confinement properly are asserted in the instant § 1983 action. Therefore, he ordered Mr. Nicholas to file an amended complaint only asserted claims proper in a § 1983 action and that complied with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure.

Magistrate Judge Boland warned Mr. Nicholas that, if he failed within the time allowed to file an amended complaint that complied with the directives of the August 6 order, the complaint and the action would be dismissed without further notice. Mr. Nicholas has failed, within the time allowed, to file an amended complaint that complies with the August 6 order, or otherwise to communicate with the Court in any way.

Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Duane Eric Nicholas, within the time allowed, to file an amended complaint as directed in the order filed on August 6, 2010, and for his failure to prosecute.

DATED at Denver, Colorado, this __13th__ day of __September__, 2010.

BY THE COURT:

_Christine M. Arguello_
CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK
Senior Judge, United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01608-BNB

Duane Eric Nicholas
Prisoner No. 54615
Arapahoe County Det. Facility
PO Box 4918
Centennial, CO 80155

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 9/14/10

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk